AUGUSTINA ULMAN, Respondent, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Defendant, and MAX H. NEWMAN, as Receiver, Appellant.

*Ulman* v. *Equitable Life Assur. Society,* 161 App. Div. 708, appeal dismissed.

(Submitted January 4, 1915; decided January 12, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 6, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to reform a policy of life insurance.

The motion was made upon the ground of failure to file the undertaking and return on appeal.

*Henry Kuntz* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE TAX LIEN COMPANY OF NEW YORK, Respondent, *v.* CATHERINE E. SCHULTZE et al., Defendants.

WESLEY E. BARKER, Appellant.

(Submitted January 4, 1915; decided January 12, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 213 N. Y. 9.)

---

In the Matter of the Petition of RICARDO NARGANES, Appellant, for the Establishment of a Claim against the Estate of CHRISTOBAL N. MADAN, Deceased.

CARLOTA B. DE MORALES, Respondent.

(Submitted January 4, 1915; decided January 12, 1915.)

Motion for re-argument denied, with ten dollars costs (See 213 N. Y. 659.)